IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHIRE CANADA INC., et al., | ) | |
| | ) | |
| Plaintiffs and | ) | |
| Counterdefendants, | ) | |
| | ) | |
| vs. | ) | No. 11 C 206 |
| | ) | |
| ALKEM LABORATORIES, LTD. | ) | Judge Leinenweber |
| | ) | Magistrate Judge Cole |
| Defendant and | ) | |
| Counterplaintiff. | ) | |

## SCHEDULING ORDER NO. 2

This matter having been heard at a status conference on September 29, 2011, and for the reasons stated on the record at said conference, and pursuant to subsequent stipulation of the parties, IT IS HEREBY ORDERED as follows:

1. Depositions of fact witnesses may proceed on or after December 16, 2011 and, subject to the availability of witnesses and good-faith scheduling issues, shall be completed by March 5, 2012. All fact discovery shall be completed by March 5, 2012.

2. Defendant and Counterplaintiff ("ALKEM") shall serve its Initial Non-Infringement, Unenforceability, and Invalidity Contentions by November 4, 2011 (LPR 2.3 as modified by agreement of the parties).

3. Plaintiffs and Counterdefendants ("SHIRE") shall serve its Initial Response to Invalidity Contentions by November 18, 2011 (LPR 2.5 as modified by agreement of the parties).

4. SHIRE shall serve its Final Infringement Contentions by January 27, 2012 (LPR 3.1 as modified by agreement of the parties).

5. ALKEM shall serve its Final Unenforceability and Invalidity Contentions by January 27, 2012 (LPR 3.1 as modified by agreement of the parties).

DC: 4113615-6

    6.    SHIRE shall serve its Final Enforceability and Validity Contentions by February 27, 2012 (LPR 3.2 as modified by agreement of the parties).

    7.    ALKEM shall serve its Final Non-Infringement Contentions by February 27, 2012 (LPR 3.2 as modified by agreement of the parties).

    8.    SHIRE shall notify the Court upon receipt of a ruling resolving Alkem's motion to dismiss pending in the United States District Court for the Southern District of New York, in a proceeding entitled *Shire Canada Inc. et al. v. Alkem Laboratories, Ltd.*, No. 11 Civ. 233.

ENTER: _____
United States District Judge

**HARRY D. LEINENWEBER**

Dated at Chicago, Illinois, this 4th day of ~~October,~~ November 2011.

STIPULATED AND AGREED TO:

*Attorneys for Plaintiffs*

/s/Paul F. Stack
STACK & O'CONNOR CHARTERED
Suite 411
140 South Dearborn Street
Chicago, IL 60603
312-782-0690

Of Counsel:
Jeffrey B. Elikan
Steven P. Berman
Michael N. Kennedy
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-662-6000

*Attorneys for Defendant*

/s/ Imron T. Aly
Imron T. Aly
Joel M. Wallace
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
312-558-8929