# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 206 | **DATE** | 1/26/2012 |
| **CASE TITLE** | Shire Canada Inc., et al vs. Alkem Laboratories Ltd. | | |

**DOCKET ENTRY TEXT**

Enter Consent Judgment and Stipulation of Dismissal of Alkem's Counterclaim. Ruling date stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: WAP